UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA
Plaintiff-Appellee,

CV 07 6077

CASE No._____

PETITION FOR WRIT OF HABEAS CORPUS  **PJH**

vs,

REQUEST FOR IMMEDIATE RELEASE

**(PR)**

JESUS BARAJAS-CALSERON
Defendant-Appellant
_____/

**JURISDICTION**

    The District Court had jurisdiction pursuant to Title 18, UNITED STATES CODE, 3231(a). This Court has jurisdiction to review the Defendants conviction under 28 UNITED STATES CODE, 1291.

**TIMELINESS**

    The judgement of conviction was entered on  27 August, 2007    and the Defendant timely filed his NOTICE OF APPEAL on  25 November, 2007.

**BAIL STATUS**

    Defendant is currently incarcerated at THE FEDERAL DETENTION CENTER in Dublin, California.

Footer

1.

PETITION FOR WRIT OF HABEAS CORPUS
REQUEST FOR IMMEDIATE RELEASE

I. A material fact issue existed wherein Court appointed attorney misrepresented to client its intent to allow defendant to remain in the United States and with wife and family. Attorney had defendant sign deportation paperwork which deported him rather than allowing him to stay. (1)

II. Defendant was **denied effective assistance of counsel** when represented Court-appointed attorney with respect to some misrepresentation of material fact when counsel should have reasonably known that statements were untrue.

III. Defendant was denied **effective assistance of counsel** when represented by the Federal Public Defender with respects to notion of use of "agregated" felony to deport defendant. (2)

IV. In order to provide reasonably effective assistance to the clients criminal defense, attorney must interview any potential witnesses and make an independent investigation of all facts and circumstances as well as the law involved in the particular case. (3)

### CONCLUSION

For the reasons stated above, JESUS BARAJAS respectfully asks the Court to GRANT this petition for a writ of habeas corpus and order his immediate release from custody

DATED: 25 November, 2007                    Respectfully submitted,

*/s/ Jesus Barajas*
JESUS BARAJAS
Reg. # 11450-097
FEDERAL DETENTION CENTER
5675 8th Street
Dublin, CA. 94568

Footer   (1) (Coke v. general adjustment Bureau, Inc.  640 F2ND584 (1981)
         (2) United States v. Chronic 675 F2ND 1126 (1983)
         (3) U.S.C.A. Constitutional Amendment 6