E-filing

(PR)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br><br>Defendant.<br>JESUS BARAJAS-CALDERON | CASE NO. _____ <br><br>PRISONER'S<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS |

C 07 6077 PJH (PR)

I, JESUS BARAJAS-CALDERON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ☐  No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4      **NOT APPLICABLE**
5
6
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or    Yes ☐ No [X]
10         self employment
11     b.    Income from stocks, bonds,    Yes ☐ No [X]
12         or royalties?
13     c.    Rent payments?    Yes ☐ No [X]
14     d.    Pensions, annuities, or    Yes ☐ No [X]
15         life insurance payments?
16     e.    Federal or State welfare payments,    Yes ☐ No [X]
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21
22
23 3.    Are you married?    Yes ☐ No [X]
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  **V.C.B., AGE:17; A.L.V., AGE:15; J.C.B., AGE:6**
6  _____
7  5.  Do you own or are you buying a home?    Yes ☐  No [X]
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ☐  No [X]
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ☐  No ☐  If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account?  Yes ☐  No [X]  (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash?  Yes ☐  No [X]  Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ☐  No [X]
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ **N/A**          Utilities: **N/A**
23 Food: $ **N/A**          Clothing: **N/A**
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| **N/A** | $ **N/A** | $ **N/A** |
|  | $ | $ |
|  | $ | $ |

- 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____**NOT APPLICABLE**_____
4  _____
5
6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ☐   No ☒
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10 _____**NOT APPLICABLE**_____
11 _____
12       I consent to prison officials withdrawing from my trust account and paying to the court
13 the initial partial filing fee and all installment payments required by the court.
14       I declare under the penalty of perjury that the foregoing is true and correct and
15 understand that a false statement herein may result in the dismissal of my claims.
16
17 ___11/10/07___                    _Jesus C Barajas_
         DATE                         SIGNATURE OF APPLICANT
18
19
20                                    Case Number: _____
21
22
23
24
25
26
27
28