# CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT

CASE NO.: CV076077PJH(PR)

THIS CERTIFIES THAT AS OF JANUARY 02, 2008 AT 1206 HRS., INMATE BARAJAS-CALDERON, JESUS, REGISTER #: 11450-097, HAS THE FOLLOWING FUNDS AVAILABLE IN HIS FBOP COMMISSARY ACCOUNT:

$ 00.66
(ZERO DOLLARS AND SIXTY SIX CENTS)

I, BARAJAS-CALDERON, JESUS DO HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND ACCURATE. EXECUTE THIS 02 DAY OF JANUARY, 2008

Jesus C Barajas
BARAJAS-CALDERON, JESUS

AUTHORIZED OFFICER  R. Kusita         Administrator
                    NAME (PRINT)      TITLE

                    R. K
                    SIGNATURE

                    JANUARY    , 2008
                    DATE

**Total Transactions:** 33

|  |  | Totals: | $0.66 | $0.00 |
|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DUB | $0.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.66 |
| **Totals:** | **$0.66** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.66** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $126.66 | $126.00 | $10.39 | $19.66 | $4.69 | N/A | N/A |

## Inmate Statement

| | |  | |
|---|---|---|---|
| Inmate Reg #: | [illegible] | Current Institution: | [illegible] |
| Inmate Name: | BARAJAS-CALDERON, JESUS | Housing Unit: | [illegible] |
| Report Date: | 01/02/2008 | Living Quarters: | [illegible] |
| Report Time: | 12:06:03 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DUB | 12/24/2007 5:39:24 PM | TFN1224 | | | Phone Withdrawal | ($5.00) | | $0.66 |
| DUB | 12/18/2007 12:47:52 PM | TFN1218 | | | Phone Withdrawal | ($5.00) | | $5.66 |
| DUB | 12/12/2007 8:05:01 PM | TFN1212 | | | Phone Withdrawal | ($4.00) | | $10.66 |
| DUB | 12/10/2007 1:26:08 PM | TFN1210 | | | Phone Withdrawal | ($5.00) | | $14.66 |
| DUB | 12/10/2007 12:26:41 PM | HIPP1107 | | | Payroll - IPP | $19.20 | | $19.66 |
| DUB | 11/26/2007 8:02:37 PM | TFN1126 | | | Phone Withdrawal | ($3.00) | | $0.46 |
| DUB | 11/22/2007 1:40:21 PM | TFN1122 | | | Phone Withdrawal | ($2.00) | | $3.46 |
| DUB | 11/18/2007 8:27:56 PM | TFN1118 | | | Phone Withdrawal | ($3.00) | | $5.46 |
| DUB | 11/16/2007 7:40:18 PM | TFN1116 | | | Phone Withdrawal | ($2.00) | | $8.46 |
| DUB | 11/13/2007 7:26:28 PM | TFN1113 | | | Phone Withdrawal | ($5.00) | | $10.46 |
| DUB | 11/11/2007 7:14:48 PM | TFN1111 | | | Phone Withdrawal | ($5.00) | | $15.46 |
| DUB | 11/11/2007 12:07:44 PM | TFN1111 | | | Phone Withdrawal | ($5.00) | | $20.46 |
| DUB | 11/10/2007 8:40:23 PM | TFN1110 | | | Phone Withdrawal | ($5.00) | | $25.46 |
| DUB | 11/9/2007 4:08:26 PM | TFN1109 | | | Phone Withdrawal | ($6.00) | | $30.46 |
| DUB | 11/9/2007 12:01:55 PM | HIPP1007 | | | Payroll - IPP | $35.80 | | $36.46 |
| DUB | 10/31/2007 4:30:12 PM | TFN1031 | | | Phone Withdrawal | ($5.00) | | $0.66 |
| DUB | 10/30/2007 7:08:28 PM | TFN1030 | | | Phone Withdrawal | ($5.00) | | $5.66 |
| DUB | 10/28/2007 9:32:29 AM | TFN1028 | | | Phone Withdrawal | ($5.00) | | $10.66 |
| DUB | 10/26/2007 8:16:55 PM | TFN1026 | | | Phone Withdrawal | ($5.00) | | $15.66 |
| DUB | 10/26/2007 7:17:47 PM | TFN1026 | | | Phone Withdrawal | ($5.00) | | $20.66 |
| DUB | 10/21/2007 5:17:16 PM | TFN1021 | | | Phone Withdrawal | ($3.00) | | $25.66 |
| DUB | 10/20/2007 8:07:46 PM | TFN1020 | | | Phone Withdrawal | ($5.00) | | $28.66 |
| DUB | 10/18/2007 7:32:12 PM | TFN1018 | | | Phone Withdrawal | ($5.00) | | $33.66 |
| DUB | 10/14/2007 8:01:54 PM | TFN1014 | | | Phone Withdrawal | ($2.00) | | $38.66 |
| DUB | 10/13/2007 1:19:21 PM | TFN1013 | | | Phone Withdrawal | ($5.00) | | $40.66 |
| DUB | 10/11/2007 2:07:50 PM | TFN1011 | | | Phone Withdrawal | ($5.00) | | $45.66 |
| DUB | 10/10/2007 5:58:25 PM | TFN1010 | | | Phone Withdrawal | ($10.00) | | $50.66 |
| DUB | 10/10/2007 11:19:37 AM | TFN1010 | | | Phone Withdrawal | ($4.00) | | $60.66 |
| DUB | 10/10/2007 10:30:48 AM | HIPP0907 | | | Payroll - IPP | $14.28 | | $64.66 |
| DUB | 10/6/2007 5:07:54 AM | 70193101 | | | Lockbox - CD | $25.00 | | $50.38 |
| DUB | 10/6/2007 5:07:50 AM | 70193101 | | | Lockbox - CD | $25.00 | | $25.38 |
| DUB | 9/22/2007 6:13:04 PM | TFN0922 | | | Phone Withdrawal | ($7.00) | | $0.38 |
| DUB | 9/22/2007 5:11:29 AM | 70192101 | | | Lockbox - CD | $7.38 | | $7.38 |

1

Federal Detention Center - Dublin
James C Barajas # 11850-097
5701 8th Street Camp Parks
Dublin Ca,
94568

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

OAKLAND CA 945
09 JAN 2008 PM 5 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES