UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS BARAJAS-CALDERON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C 07-6077 PJH (PR)

**ORDER TO REASSIGN CASE**

Petitioner, a federal prisoner currently incarcerated at the Federal Correctional Institution in Dublin, California, has filed a pro se petition for a writ of habeas corpus. He contends that his counsel was ineffective.

Petitioner pleaded guilty before Judge Ronald M. Whyte of this court to a charge of illegal reentry following deportation. *See United States v. Barajas-Calderon*, No. 07-cr-00484-RMW. With the exception noted below, a prisoner in custody under sentence of a federal court who wishes to attack collaterally the validity of his or her conviction or sentence must do so by way of a motion to vacate, set aside or correct the sentence pursuant to § 2255 in the court which imposed the sentence. *See Tripati v. Henman*, 843 F.2d 1160, 1162 (9th Cir. 1988). It thus appears that the document with which this case was commenced should probably be treated as a Section 2255 motion. It is the practice of this court to assign section 2255 motions to the sentencing judge, in this case Judge Whyte. Accordingly, the clerk is directed to reassign C 07-6077 PJH (PR) to Judge Whyte.

**IT IS SO ORDERED.**

Dated: January __23__, 2008.

                      PHYLLIS J. HAMILTON
                      United States District Judge

G:\PRO-SE\PJH\HC.07\BARAJAS-CALDERON6077.REASSIGN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

JESUS BARAJAS-CALSERON et al,

        Defendant.

Case Number: CV07-06077 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus Barajas Calderon 11450-097
Federal Detention Center
5701 8th Street
Dublin, CA 94568

Dated: January 23, 2008

        Richard W. Wieking, Clerk
        By: Frank Justiliano, Deputy Clerk